1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

AUG 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )    Case No.: GD12-301 uy
                                )
                    Plaintiff,  )    ORDER OF DETENTION
            v.                  )    (FED.R. CRIM. P.32.1(a)(6); 18
                                )    U.S.C. § 3143(a))
Roberto Jiminez - Arias         )
                                )
                    Defendant.  )
_____)

        The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the ___Southern___

District of ___California___ for alleged violation(s) of the terms and

conditions of probation or supervised release; and

        Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.    (✓)    The defendant has not met his/her burden of establishing by clear and

              convincing evidence that he/she is not likely to flee if released under

              18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

• Unknown Background / Community Ties

• Unknown Bail Resources

• Immigration Status Undocumented

1

1   and/or

2   B.      ( )      The defendant has not met his/her burden of establishing by clear and

3           convincing evidence that he/she is not likely to pose a danger to the

4           safety of any other person or the community if released under 18

5           U.S.C. § 3142(b) or (c).  This finding is based on the following:

6   _____

7   _____

8   _____

9   _____

10

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

14

15   Dated: 8/27/12

16                                                           HONORABLE DAVID T. BRISTOW
                                                             United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2